People ex rel. Paul F. Jones, Director of Insurance of State of Illinois, Appellee, v. New Home Benefit Association, Respondent. Sarah A. Scaggs, Appellant.

Gen. No. 43,162.

612

opinion filed February 6, 1945; released for publication February 20, 1945. George A. Bosomburg and Peter S. Sarelas, for appellant; Glenn, Real & Browning, for appellees; O. W. Barnes, of counsel. Opinion by JUSTICE MATCHETT. Not to be published in full.